Joseph Panvini (028359)
WEISBERG & MEYERS, LLC
5025 North Central Ave., #602
Phoenix, AZ 85012
602 445 9819
866 565 1327 facsimile
j.panvini@AttorneysForConsumers.com
Attorney for Plaintiff

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Joshua Garcia, | ) | Case No. 2:11-cv-01812-MEA |
| | ) | |
| Plaintiff, | ) | **NOTICE OF SETTLEMENT** |
| | ) | |
| vs. | ) | |
| | ) | |
| National Management Recovery Corp, | ) | |
| Jill Katz, and Cavalry Portfolio Services, | ) | |
| LLC, | ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE IS HEREBY GIVEN** that all claims pending have been resolved to the parties' satisfaction.

Plaintiff hereby respectfully requests that this Court allow sixty (60) days within which to complete the settlement, during which time Plaintiff requests the Court to retain jurisdiction over this matter until fully resolved. Should Plaintiff not move to reinstate the case or seek other Court intervention in the next sixty (60) days, Plaintiff requests the Court dismiss this case with prejudice at that time.

Dated this 12th day of September, 2012.

By: s/Joseph Panvini
Joseph Panvini (028359)
**WEISBERG & MEYERS, LLC**

| | |
|---|---|
| 1 | Filed electronically on this 12th day of September, 2012, with: |
| 2 | |
| 3 | United States District Court CM/ECF system |
| 4 | Notification sent via the U.S. Mail on this 12th day of September, 2012 to: |
| 5 | Jill Katz |
| 6 | 5944 Coral Ridge Dr., Ste. 204<br>Coral Springs, FL 33076 |
| 7 | |
| 8 | |
| 9 | By: s/Dana Patch |
| 10 |     Dana Patch |

Filed electronically on this 12th day of September, 2012, with:

United States District Court CM/ECF system

Notification sent via the U.S. Mail on this 12th day of September, 2012to:

Jill Katz
5944 Coral Ridge Dr., Ste. 204
Coral Springs, FL 33076

By: s/Dana Patch
    Dana Patch

Notice of Settlement