IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Joshua Garcia, | ) |
| Plaintiff, | ) CIV 11-01812 PHX MEA |
| v. | ) ORDER OF DISMISSAL |
| | ) WITH PREJUDICE |
| National Management Recovery Corporation, Jill Katz, | ) |
| Defendants. | ) |

All of the parties have consented to the exercise of magistrate judge jurisdiction over this matter, including the entry of final judgment. Pursuant to the stipulation of the parties at Doc. 39,

**IT IS ORDERED that** this matter is hereby **dismissed with prejudice**, each party to bear its own costs and attorneys' fees.

DATED this 31st day of October, 2012.

_____
Mark E. Aspey
United States Magistrate Judge